**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
CASE NO.

GUCCI AMERICA, INC., a New York corporation,

      Plaintiff,

vs.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"
and DOES 1-1000,

      Defendants.

_____/

## COMPLAINT FOR INJUNCTIVE RELIEF

Plaintiff, GUCCI AMERICA, INC. ("Gucci") hereby sues Defendants THE

PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE

"A" and DOES 1-1000 (collectively "Defendants") and alleges as follows:

### JURISDICTION AND VENUE

1.      This is an action pursuant to 15 U.S.C. §§ 1114, 1116, 1121 and 1125(a) and (d).

Accordingly, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.

2.      Venue is proper in this Court pursuant 28 U.S.C. § 1391, and this Court may

properly exercise personal jurisdiction over Defendants since all Defendants directly target

business activities towards consumers in Florida and cause harm to Gucci's business within this

District through, at least, various fully interactive Internet websites, including those operating

under their partnership and/or unincorporated association names (the "Subject Domain Names").

### THE PLAINTIFF

3.      Gucci is a corporation organized under the laws of the State of New York with its

principal place of business located at 685 Fifth Avenue, New York, New York 10022. Gucci

operates boutiques throughout the world, including within this Judicial District. Gucci is, in part, engaged in the business of manufacturing and distributing throughout the world, including within this Judicial District, a variety of high quality goods under multiple world famous common law and Federally registered trademarks, including those identified in Paragraph 13 below. Gucci offers for sale and sells its trademarked goods within this Judicial District. Defendants' sales of counterfeit and infringing Gucci branded products are causing damage to Gucci within this jurisdiction. Gucci regularly enforces its intellectual property rights and authorized that this action be brought in its name.

4.       Like many other famous trademark owners in the luxury goods sector, Gucci suffers ongoing daily and sustained violations of its trademark rights at the hands of counterfeiters and infringers, such as the Defendants herein, who wrongfully reproduce and counterfeit Gucci's trademarks for the twin purposes of (i) duping and confusing the consuming public and (ii) earning substantial profits. The natural and intended byproduct of Defendants' actions is the erosion and destruction of the overall luxury goods marketplace in which Gucci operates and the goodwill associated with the Gucci name and associated trademarks.

5.       In order to combat the indivisible harm caused by the combined actions of Defendants and others engaging in similar conduct, each year Gucci expends millions of dollars in connection with trademark enforcement efforts, including legal fees, investigative fees, and support mechanisms for law enforcement, such as field training guides and seminars.  The recent explosion of counterfeiting over the Internet has created an environment which requires Gucci to file a large number of lawsuits, often it later turns out, against the same individuals and groups, in order to protect both consumers and itself from the ill effects of confusion and the erosion of

the goodwill connected to the Gucci brand. The financial burden on Gucci and companies similarly situated is staggering, as is the resulting burden on the Federal court system.

## THE DEFENDANTS

6.     Defendants are partnerships or unincorporated business associations which operate through domain names registered with registrars in multiple countries and are comprised of individuals and/or business entities of unknown makeup, many of whom likely reside and/or operate in the People's Republic of China or other foreign jurisdictions with lax trademark enforcement systems. Defendants have the capacity to be sued pursuant to Federal Rule of Civil Procedure 17(b). Defendants target their business activities towards consumers throughout the United States, including within this Judicial District through the operation of the fully interactive commercial websites operating under the Subject Domain Names identified on Schedule "A" hereto. Multiple Defendants also operate blog style websites under some of the Subject Domain Names which provide support and direct customer traffic to the fully interactive websites operating under the other Subject Domain Names. Defendants are directly and personally contributing to, inducing and engaging in the sale of counterfeit products as alleged herein, often times as partners, co-conspirators and/or suppliers. The partnership or unincorporated association names used by Defendants are set forth on Schedule "A" hereto. Gucci is presently unaware of the true names of Does 1-1,000. Gucci will amend this Complaint upon discovery of the identities of such fictitious Defendants.

7.     Defendants are the past and present moving and conscious forces behind the operation of the commercial Internet websites operating under the Subject Domain Names.

8.     Defendants engage in unfair competition with Gucci and engage in the offering for sale and sale of counterfeit and infringing Gucci branded products within this Judicial District

through multiple fully interactive commercial websites operating under at least the Subject Domain Names. Defendants, upon information and belief, also operate additional websites which promote and offer for sale counterfeit and infringing goods under domain names not yet known to Plaintiff. Defendants have purposefully directed their illegal activities towards consumers in the State of Florida through the advertisement, offer to sell, sale and shipment of counterfeit Gucci branded goods into the State.

9.      Upon information and belief, Defendants will continue to register or acquire new domain names for the purpose of selling goods bearing counterfeits and infringements of Gucci's trademarks unless preliminarily and permanently enjoined.

10.      Defendants' Internet-based website businesses amount to nothing more than massive illegal operations, infringing on the intellectual property rights of Gucci and others.

11.      Defendants use and have registered, established or purchased and maintained the Subject Domain Names. Upon information and belief, Defendants have engaged in fraudulent conduct with respect to the registration of the Subject Domain Names by providing false and/or misleading information to their various Registrars during the Registration or maintenance process. Upon information and belief, many of the Defendants have anonymously registered and maintained some of the Subject Domain Names for the sole purpose of engaging in illegal counterfeiting activities.

12.      Defendants' business names, i.e., the Subject Domain Names and any other domain names used in connection with the sale of counterfeits bearing Gucci's trademarks, are essential components of Defendants' counterfeiting and infringing activities. The Subject Domain Names themselves are a substantial part of the means by which Defendants further their counterfeiting and infringing scheme and cause harm to Gucci. Moreover, Defendants are using

Gucci's famous name and trademarks to drive Internet consumer traffic to their websites operating under the Subject Domain Names, thereby creating and increasing the value of the Subject Domain Names at Gucci's expense.

## COMMON FACTUAL ALLEGATIONS

### Plaintiff's Trademark Rights

13.     Gucci is, and at all times relevant hereto has been, the owner of all rights in and to the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (collectively the "Gucci Marks")

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| GUCCI | 0,876,292 | September 9, 1969 | IC 018 - pocketbooks, wallets, travel and duffel bags, attache cases, toilet cases sold empty, shoe bags, and umbrellas.<br><br>IC 021 - vacuum bottles, compacts sold empty, and vanity cases sold empty.<br><br>IC 025 – shoes and boots. |
| GUCCI | 0,959,338 | May 22, 1973 | IC 014 - watches. |
| G⊃⊂G | 1,107,311 | November 28, 1978 | IC 018 - wallets, purses, handbags, shoulder bags, clutch bags, tote bags, card cases, partly and wholly of leather, key cases, passport cases, cosmetic cases, attaché cases, valises, suitcases, and duffles. |
| (Green Red Green Stripe Design) | 1,122,780 | July 24, 1979 | IC 018 - wallets, purses, handbags, shoulder bags, clutch bags, tote bags, card cases, attaché cases, valises, suitcases, duffles, and key cases. |
| GUCCI | 1,168,477 | September 8, 1981 | IC 025 - neckties; scarves; belts; footwear; shirts; sweaters; coats; suits; dressing gowns; hats; socks; dresses, and bathing suits. |

| | | | |
|---|---|---|---|
| GUCCI | 1,340,599 | June 11, 1985 | IC 014 - jewelry- namely, earrings, collar bars and tie bars made wholly or in part of precious metal. |
| (logo) | 3,039,629 | January 10, 2006 | IC 025 - footwear and belts. |
| (logo) | 3,072,549 | March 28, 2006 | IC 018 - wallets, purses, handbags, shoulder bags, clutch bags, tote bags, business card cases, credit card cases, partly and wholly of leather, key cases, cosmetic cases sold empty, briefcases, attaché cases, valises, suitcases, and duffles. |
| (logo) | 3,376,129 | January 29, 2008 | IC 006 - key rings made of metal, metal key rings covered in leather, and metal key rings partially covered with enamel.<br><br>IC 018 - wallets, purses, handbags, shoulder bags, clutch bags, tote bags, business card cases, credit card cases, partly and wholly of leather, key cases, cosmetic cases sold empty, briefcases, attaché cases, valises, suitcases, and duffles. |
| (logo) | 3,378,755 | February 5, 2008 | IC 009 - eyeglass frames and sunglasses.<br><br>IC 014 - jewelry, watches, and clocks.<br><br>IC 016 - address books, agendas, notebooks, stationary in the form of writing paper, and pens.<br><br>IC 018 - wallets, purses, handbags, shoulder bags, clutch bags, tote bags, business card cases, credit card cases, partly and wholly of leather, key cases, cosmetic cases sold empty, briefcases, attaché cases, valises, suitcases, and duffles.<br><br>IC 025 - scarves, belts, footwear, shirts, sweaters, coats, suits, dressing gowns, and dresses |
| (logo) | 3,391,739 | March 4, 2008 | IC 009 - eyeglass frames and sunglasses. |

The Gucci Marks are used in connection with the manufacture and distribution of quality goods in the categories identified above.

14.     The Gucci Marks have been used in interstate commerce to identify and distinguish Gucci's high quality goods for an extended period of time.

15.     The Gucci Marks have never been assigned or licensed to any of the Defendants in this matter.

16.     The Gucci Marks are symbols of Gucci's quality, reputation and goodwill and have never been abandoned.

17.     Further, Gucci has expended substantial time, money and other resources developing, advertising and otherwise promoting the Gucci Marks. The Gucci Marks qualify as famous marks as that term is used in 15 U.S.C. §1125(c)(1).

18.     Gucci has extensively used, advertised and promoted the Gucci Marks in the United States in association with the sale of high quality luxury goods and has carefully monitored and policed the use of the Gucci Marks.

19.     As a result of Gucci's efforts, members of the consuming public readily identify merchandise bearing the Gucci Marks, as being high quality goods sponsored and approved by Gucci.

20.     Accordingly, the Gucci Marks have achieved secondary meaning as identifiers of high quality luxury goods.

21.     Genuine Gucci branded goods are widely legitimately advertised and promoted by Gucci and unrelated third parties via the Internet.  Over the course of the past five to seven years, visibility on the Internet, particularly via Internet search engines such as Google, Yahoo!, and Bing has become increasingly important to Gucci's overall marketing and consumer education

efforts. Thus, Gucci expends significant monetary resources on Internet marketing and consumer education, including search engine optimization ("SEO") strategies. Those strategies allow Gucci to fairly and legitimately educate consumers about the value associated with the Gucci brand and the goods sold thereunder. SEO is a now common marketing process whereby a company or individual designs, supports, structures and phrases Internet website content in order to enhance a website's profile for search engines over a variety of search terms.

22.     Upon information and belief, at all times relevant hereto, Defendants in this action have had full knowledge of Gucci's ownership of the Gucci Marks, including its exclusive right to use and license such intellectual property and the goodwill associated therewith.

23.     Gucci has discovered Defendants are promoting and otherwise advertising, distributing, selling and/or offering for sale counterfeit products bearing marks which are exact copies or colorable imitations of the Gucci Marks (the "Defendants' Goods"). Specifically, upon information and belief, Defendants are using the Gucci Marks for different quality goods.

24.     The Defendants' Goods are of a quality substantially different than that of Gucci's genuine goods. Despite the nature of the Defendants' Goods and the knowledge they are without authority to do so, Defendants are actively using, promoting and otherwise advertising, distributing, selling and/or offering for sale substantial quantities of such goods with the knowledge that such goods will be mistaken for the genuine high quality products offered for sale by Gucci. The net effect of Defendants' actions will be to result in the confusion of consumers at the time of initial interest, sale, and in the post-sale setting, who will believe Defendants' Goods are genuine goods originating from, associated with, and approved by Gucci.

25.     Defendants advertise their products for sale to the consuming public. In so advertising these products, Defendants improperly and unlawfully use the Gucci Marks. Upon

information and belief, the misappropriation of the Gucci Marks has been a proximate cause of harm to Gucci.

26.     As part of their overall infringement and counterfeiting scheme, the Defendants are, upon information and belief, all employing substantially similar, and often times coordinated, SEO strategies based, in large measure, upon an illegal use of counterfeits and infringements of the Gucci Marks. Specifically, the Defendants are using counterfeits of Gucci's name and the Gucci Marks in order to make their websites selling illegal goods appear more relevant and attractive to search engines across an array of search terms. By their actions, the Defendants are causing concurrent and indivisible harm to Gucci and the consuming public by (i) depriving Gucci and other third parties of the ability to fairly compete for space within search engine results, (ii) causing an overall degradation of the value of the goodwill associated with the Gucci Marks and (iii) increasing Gucci's overall cost to market its goods and educate consumers about the brand via the Internet.

27.     Upon information and belief, Defendants are concurrently conducting their counterfeiting and infringing activities, at least, within this Judicial District and elsewhere throughout the United States. As a result, Defendants are defrauding Gucci and the consuming public for Defendants' own benefit.

28.     Defendants' use of the Gucci Marks, including the promotion and advertisement, reproduction, distribution, sale, and offering for sale of Defendants' Goods, is without Gucci's consent or authorization.

29.     Further, Defendants are engaging in the above-described illegal counterfeiting and infringing activities knowingly and intentionally or with reckless disregard or willful blindness to Gucci's rights for the purpose of trading on the goodwill and reputation of Gucci.

30.     Defendants' above-identified infringing activities are likely to cause confusion, deception and mistake in the minds of consumers, the public and the trade. Moreover, Defendants' wrongful use of the Gucci Marks is likely to create a false impression and deceive customers, the public and the trade into believing there is a connection or association between Gucci and Defendants' Goods.

31.     Gucci has no adequate remedy at law.

32.     Gucci is suffering irreparable and indivisible injury and damages as a result of Defendants' unauthorized and wrongful use of the Gucci Marks. If Defendants' counterfeiting, infringing, and unfairly competitive activities are not preliminarily and permanently enjoined by this Court, Gucci and the consuming public will continue to be harmed.

33.     The injuries and damages sustained by Gucci have been directly and proximately caused by Defendants' wrongful reproduction, use, advertisement, promotion, offering to sell, and sale of the Defendants' Goods.

34.     Gucci has retained the undersigned counsel to represent it in this matter and is obligated to pay said counsel a reasonable fee for such representation.

**COUNT I - TRADEMARK COUNTERFEITING AND INFRINGEMENT**

35.     Gucci hereby adopts and re-alleges the allegations set forth in Paragraphs 1 through 34 above.

36.     This is an action for trademark counterfeiting and infringement against Defendants based on their use of counterfeits, copies, and/or colorable imitations of the Gucci Marks in commerce in connection with the promotion, advertisement, distribution, sale and/or offering for sale of the Defendants' Goods.

37.     Specifically, Defendants are promoting and otherwise advertising, selling, offering for sale and distributing products bearing the Gucci Marks. Defendants are continuously infringing and inducing others to infringe the Gucci Marks by using them to advertise, promote and sell such goods.

38.     Defendants' concurrent counterfeiting, infringing, and unfairly competitive activities are likely to cause and, upon information and belief, actually are causing confusion, mistake and deception among members of the trade and the general consuming public as to the origin and quality of Defendants' Goods bearing or sold using the Gucci Marks.

39.     Defendants' unlawful actions have caused and are continuing to cause unquantifiable and irreparable harm to Gucci.

40.     Defendants' above-described illegal actions constitute counterfeiting and infringement of the Gucci Marks in violation of Gucci's rights under § 32 of the Lanham Act, 15 U.S.C. § 1114.

41.     Gucci has suffered and will continue to suffer irreparable injury due to the above described activities of Defendants if Defendants are not preliminarily and permanently enjoined.

## COUNT II - FALSE DESIGNATION OF ORIGIN
## PURSUANT TO § 43(a) OF THE LANHAM ACT

42.     Gucci hereby adopts and re-alleges the allegations set forth in Paragraphs 1 through 34 above.

43.     Defendants' Goods bearing and sold under the Gucci Marks have been widely advertised and distributed throughout the United States.

44.     Defendants' Goods bearing and sold under the Gucci Marks are virtually identical in appearance to each of Gucci's genuine goods. However, the Defendants' Goods are different

in quality. Accordingly, Defendants' activities are likely to cause confusion in the trade and among the general public as to at least the origin or sponsorship of the Defendants' Goods.

45.     Defendants, upon information and belief, have used in connection with their advertisement and sale of products, false designations of origins and false descriptions and representations, including words or other symbols and trade dress which tend to falsely describe or represent such goods and have caused such goods to enter into commerce with full knowledge of the falsity of such designations of origin and such descriptions and representations, all to the detriment of Gucci.

46.     Specifically, Defendants have authorized an infringing use of the Gucci Marks, in Defendants' advertisement and promotion of their counterfeit and infringing products. Defendants have also misrepresented to members of the consuming public that the products being advertised and sold by them are genuine, non-infringing products.

47.     Additionally, Defendants are using counterfeits and infringements of the Gucci Marks in order to unfairly compete with Gucci and others for space within search engine organic results, thereby jointly depriving Gucci of a valuable marketing and educational tool which would otherwise be available to Gucci.

48.     Defendants' above-described actions are in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

49.     Gucci has sustained indivisible injury and harm caused by Defendants' concurrent conduct, and absent an entry of an injunction by this Court, Gucci will continue to suffer irreparable injury to its goodwill and business reputation as well as monetary damages.

## COUNT III - CLAIM FOR RELIEF FOR CYBERSQUATTING
## UNDER §43(d) OF THE LANHAM ACT, 15 U.S.C. §1125(d)

50.  Gucci hereby adopts and re-alleges the allegations set forth in Paragraphs 1 through 34 above.

51.  At all times relevant hereto, Gucci has been and still is the owner of the rights, title and interest in and to the Gucci Marks.

52.  Upon information and belief, Defendants have acted with the bad faith intent to profit from the Gucci Marks and the goodwill associated with the Gucci Marks by registering various domain names which are identical or confusingly similar to or dilutive of the Gucci Marks.

53.  Defendants have no intellectual property rights in or to the Gucci Marks.

54.  Defendants' actions constitute cybersquatting in violation of §43(d) of the Lanham Act, 15 U.S.C. §1125(d).

55.  Defendants' conduct is done with knowledge and constitutes a willful violation of Gucci's rights in the Marks. At a minimum, Defendants' conduct constitutes reckless disregard for and willful blindness to Gucci's rights.

56.  The aforesaid conduct is causing Gucci damages and immediate and irreparable injury. Gucci has no adequate remedy at law.

## COUNT IV - COMMON LAW UNFAIR COMPETITION

57.  Gucci hereby adopts and re-alleges the allegations set forth in Paragraphs 1 through 34 above.

58.  This is an action against Defendants based on their manufacture, promotion, advertisement, distribution, sale and/or offering for sale of goods bearing marks which are

virtually identical, both visually and phonetically, to the Gucci Marks in violation of Florida's common law of unfair competition.

59.     Specifically, the Defendants are promoting and otherwise advertising, selling, offering for sale and distributing infringing and counterfeit Gucci branded products. The Defendants are also using counterfeits and infringements of the Gucci Marks to unfairly compete with Gucci and others for space in search engine results across an array of search terms.  The Defendants' combined actions are causing a single indivisible harm to Gucci and its quality reputation.

60.     Defendants' infringing activities are likely to cause and actually are causing confusion, mistake and deception among members of the trade and the general consuming public as to the origin and quality of Defendants' products by their use of the Gucci Marks.

61.     Gucci has no adequate remedy at law and is suffering irreparable injury as a result of Defendants' actions.

## PRAYER FOR RELIEF

62.     WHEREFORE, Gucci demands judgment on all Counts of this Complaint and entry of an award of equitable relief against Defendants as follows:

a.     Entry of preliminary and permanent injunction enjoining Defendants, their agents, representatives, servants, employees, and all those acting in concert or participation therewith, from manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or offering to sell the Defendants' Goods; from infringing, counterfeiting, or diluting the Gucci Marks; from using the Gucci Marks, or any mark or trade dress similar thereto, in connection with the sale of any unauthorized goods; from using any logo, trade name or trademark or trade dress which may be calculated to falsely advertise the

services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Gucci; from falsely representing themselves as being connected with Gucci, through sponsorship or association, or engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants, or in any way endorsed by, approved by, and/or associated with Gucci; from using any reproduction, counterfeit, infringement, copy, or colorable imitation of the Gucci Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants, without limitation; from affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Defendants' goods as being those of Gucci, or in any way endorsed by Gucci and from offering such goods in commerce; from engaging in search engine optimization strategies using colorable imitations of the Gucci name or Marks; and from otherwise unfairly competing with Gucci.

b.     Entry of an Order that, upon Gucci's request, those in privity with Defendants and those with notice of the injunction, including any Internet search engines, Web hosts, domain-name registrars and domain-name registries or their administrators that are provided with notice of the injunction, cease facilitating access to any or all domain names and websites through which Defendants engage in the sale of counterfeit and infringing goods using the Gucci Marks.

c.     Entry of an Order that, upon Gucci's request, the top level domain (TLD) Registries for the Subject Domain Names and their administrators place the Subject Domain Names on Registry Hold status, thus removing them from the TLD zone files maintained by the

Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted.

       d.     Entry of an order canceling or, at Gucci's election, transferring the Subject Domain Names and any other domain names used by the Defendants to engage in their counterfeiting of the Gucci Marks at issue to Gucci's control so they may no longer be used for illegal purposes.

       e.     Entry of an order that, upon Gucci's request, the Internet Corporation for Assigned Names and Numbers ("ICANN") shall take all actions necessary to ensure that the Registrars and the top level domain Registries responsible for the Subject Domain Names transfer, change the Registrar of Record, and/or disable the Subject Domain Names as directed by the Court.

       f.     Entry of an award of Gucci's costs and reasonable attorneys' fees and investigative fees associated with bringing this action.

       g.     Entry of further relief as the Court may deem just and proper.

DATED: March 23, 2012.          Respectfully submitted,

                          STEPHEN M. GAFFIGAN, P.A.

                          By:     s:/smgaffigan/
                          Stephen M. Gaffigan (Fla. Bar No. 025844)
                          Virgilio Gigante (Fla. Bar No. 082635)
                          401 East Las Olas Blvd., #130-453
                          Ft. Lauderdale, Florida 33301
                          Telephone: (954) 767-4819
                          Facsimile: (954) 767-4821
                          E-mail: stephen@smgpa.net
                          E-mail: leo@smgpa.net

                          Attorneys for Plaintiff
                          GUCCI AMERICA, INC.

**SCHEDULE A**
**DEFENDANTS BY DEFENDANT NUMBER AND SUBJECT DOMAIN NAMES**

| Defendant No. | Domain Name |
|---|---|
| 1 | 2replicawatches.com |
| 2 | alilow.com |
| 3 | bagreef.co |
| 4 | bagreef.com |
| 5 | bags-replicas-shop.biz |
| 6 | bagsthatstyle.com |
| 7 | bagtobuy.org |
| 8 | bestguccihandbagd.com |
| 9 | bigdiscountwatches.com |
| 10 | btclothes.com |
| 11 | buyguccionsale.com |
| 12 | buyguccioutletonline.com |
| 13 | buyguccishop.com |
| 14 | buyguccistore.com |
| 15 | buyhotguccionline.com |
| 16 | chanelnecklaceonsale.com |
| 17 | cheapgucci2020.com |
| 18 | cheapguccibagsite.com |
| 19 | cheapgucci-online.com |
| 20 | cheapgucci-online.net |
| 21 | cheapguccisaler.com |
| 22 | cheapguccisoutlet.org |
| 23 | cheaphandbagslive.com |
| 24 | cmknowledge.com |
| 25 | coolreplicahandbags.com |
| 26 | ctobags.com |
| 27 | ctoshoes.com |
| 28 | designerbagstyle.com |
| 29 | doterhandbags.com |
| 30 | eguccisale.com |
| 31 | ewahandbags.com |
| 32 | fadtribe.com |
| 33 | fakebagssky.com |
| 34 | fakebelts.com |
| 35 | fakeguccibelt.com |
| 36 | fakeguccibeltswholesale.com |
| 37 | fake-gucci-handbags.com |
| 38 | fakeguccishoesus.com |
| 39 | fakelvbelts.com |
| 40 | fashionhandbag-shop.com |
| 41 | flreplica.com |

| Defendant No. | Domain Name |
|---|---|
| 42 | galaxyanhandbags.com |
| 43 | godsgucci.com |
| 44 | gucci9.com |
| 45 | gucciarts.com |
| 46 | gucci-bagsell.com |
| 47 | guccibuycheap.com |
| 48 | guccifound.com |
| 49 | guccigg.com |
| 50 | guccihandbagshoes.com |
| 51 | guccihandbagssaler.com |
| 52 | guccikhaki.com |
| 53 | guccinewest.com |
| 54 | gucci-onlinesoutlet.com |
| 55 | guccioutletbagssale.com |
| 56 | guccioutletmart.info |
| 57 | gucci-outlet-online.org |
| 58 | guccioutletonline4u.org |
| 59 | gucci-outletonlines.com |
| 60 | gucci-outletonlines.net |
| 61 | gucci-outlet-onlines.net |
| 62 | guccioutletonline-s.net |
| 63 | guccioutletonlinesstore.net |
| 64 | guccioutlet-onlinesstore.net |
| 65 | guccioutletorg.com |
| 66 | guccioutlet-s.com |
| 67 | gucci-outlets.org |
| 68 | guccioutlet-sale.org |
| 69 | guccioutletselling.com |
| 70 | guccioutletuk.net |
| 71 | guccireplicainc.co |
| 72 | gucci-replica-watch.com |
| 73 | guccis-outlet.com |
| 74 | guccisoutlet.net |
| 75 | guccishoponlinesale.com |
| 76 | guccistoreoutlet.net |
| 77 | guccistoreuk.com |
| 78 | guccis-vip.org |
| 79 | guccivips.com |
| 80 | gucciwalletsbeltsss.com |
| 81 | gucciwalletsstore.com |
| 82 | gucciwholesaleshop.com |
| 83 | handbagpros.co |
| 84 | handbags.vc |
| 85 | handbags-bags-store.com |

| Defendant No. | Domain Name |
|---|---|
| 86 | handbagshop-fashion.com |
| 87 | handbagsoutletme.com |
| 88 | handbagspark.com |
| 89 | handbagsreplicas1.com |
| 90 | handbagssquare.co |
| 91 | handbagssquare.com |
| 92 | handbags-watch.com |
| 93 | hehelbags.com |
| 94 | hermesbirkinknockoff.com |
| 95 | high-kreplica-handbags.com |
| 96 | high-replicahandbag.com |
| 97 | hotbagonsale.com |
| 98 | hotcheapguccid.com |
| 99 | hotsbrand.com |
| 100 | ipolos.net |
| 101 | kareplica.com |
| 102 | krsea.com |
| 103 | ladylvhandbags.com |
| 104 | louisvuittonfakehandbag.com |
| 105 | lovebestsgucci.com |
| 106 | lovedesignerwatches.com |
| 107 | loveinfashion.net |
| 108 | luxuryguccionline.com |
| 109 | lvbagknockoff.com |
| 110 | modaluxury.com |
| 111 | monhandbags.com |
| 112 | mrob2b.com |
| 113 | myguccisstore.com |
| 114 | my-handbags-store.com |
| 115 | newwatchesoutlet.com |
| 116 | ocetc.com |
| 117 | okaybrands.com |
| 118 | online-guccihandbags.com |
| 119 | ourbag123.com |
| 120 | ourbag321.com |
| 121 | outletgucci2012.com |
| 122 | outletgucci-sales.com |
| 123 | perfectreplicahandbags.com |
| 124 | pickbags2012.com |
| 125 | pickbags2012.net |
| 126 | pursevalley.asia |
| 127 | replicabaghandbagsales.com |
| 128 | replica-bags.biz |
| 129 | replicabagsclub.com |

| Defendant No. | Domain Name |
|---|---|
| 130 | replicabagsfind.com |
| 131 | replicabase.net |
| 132 | replicadesignerbagss.com |
| 133 | replicadesigner-handbags.net |
| 134 | replicaguccibagsuk.com |
| 135 | replicaguccibelts.net |
| 136 | replicaknockoffhandbags.com |
| 137 | replicasus.com |
| 138 | replicauu.com |
| 139 | roomwatches.com |
| 140 | roomwatches.net |
| 141 | shopping-handbags.net |
| 142 | srbag.com |
| 143 | stylish-world.com |
| 144 | theguccioutlet2012.org |
| 145 | theguccioutlet-sale.com |
| 146 | tiffanycheaps.com |
| 147 | topgucci4sale.com |
| 148 | topguccireplicas.com |
| 149 | tophandbagssell8.com |
| 150 | topreplicashop.org |
| 151 | topsreplica.com |
| 152 | uguccishop.com |
| 153 | upscalereplica.com |
| 154 | usguccihandbags.net |
| 155 | us-guccioutlet.net |
| 156 | ussguccihandbags.com |
| 157 | ussunglasshutus.com |
| 158 | vip-bags.org |
| 159 | watches2lover.com |
| 160 | watchesart.com |
| 161 | watches-best-replica.com |
| 162 | watchesclass.com |
| 163 | watchesinstyle.com |
| 164 | watchesmod.com |
| 165 | watchesparty.com |
| 166 | watchesqq.com |
| 167 | watchqualitywatches.com |
| 168 | watchrex.co |
| 169 | watchrex.com |
| 170 | wendybag2u.com |
| 171 | wendybags.com |
| 172 | wendyhandbag.com |
| 173 | wholesalebagsd.com |

| Defendant No. | Domain Name |
|---|---|
| 174 | wholesalegucciproducts.com |
| 175 | wholesaleonlinego.com |
| 176 | ymhguccioutlet.com |
| 177 | ymsguccioutlet.com |